IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JONATHAN LEE RICHARDSON** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:19-CV-271** |
| | § | |
| **UNIVERSITY OF TEXAS** | § | |
| **SYSTEM,** *et al.*, | § | |
| *Defendants*. | § | |

**DEFENDANTS' JOINT NOTICE OF REMOVAL**

# ATTACHMENT 1

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JONATHAN LEE RICHARDSON** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:19-CV-271 |
| | § | |
| **UNIVERSITY OF TEXAS** | § | |
| **SYSTEM**, *et al.*, | § | |
| *Defendants*. | § | |

**INDEX OF ATTACHMENTS TO DEFENDANT'S NOTICE OF REMOVAL**

**Attachment 1**: Index of Attachments
**Attachment 2**: Civil Cover Sheet
**Attachment 3**: Supplemental Civil Cover Sheet
**Attachment 4**: Supplement to JS 44 Civil Coversheet
**Attachment 5**: Bexar County Certified Civil Docket Sheet
**Attachment 6**: Plaintiff's Original Petition
**Attachment 7**: Citation Issued to Gerald Lewis
**Attachment 8**: Citation Issued to Sean Callahan
**Attachment 9**: Citation Issued to University of Texas Systems
**Attachment 10**: Citation Issued to The University of Texas at San Antonio
**Attachment 11**: Request for Service of Process

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**DARREN L. MCCARTY**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Chief, Law Enforcement Defense Division

2

/s/ *Kelsey L. Warren*
**KELSEY L. WARREN**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24095736
Office of the Attorney General
Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711
Office (512) 463-2080
Fax (512) 370-9373
kelsey.warren@oag.texas.govv

**ANN HAHN**
Assistant Attorney General
State Bar No. 24073654
Office of the Attorney General
Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711
Office (512) 463-2080
Fax (512) 370-9893
ann.hahn@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**
**UT SYSTEM, UTSA & CHIEF LEWIS**

## NOTICE OF ELECTRONIC FILING

I, **KELSEY L. WARREN**, Assistant Attorney General for the State of Texas, hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing in accordance with the Electronic Case Files system of the Western District of Texas, on March 18, 2019.

/s/ *Kelsey L. Warren*
**KELSEY L. WARREN**
Assistant Attorney General

## **CERTIFICATE OF SERVICE**

I, **KELSEY L. WARREN**, Assistant Attorney General for the State of Texas, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record via the Court's electronic noticing system, on March 18, 2019.

> */s/ Kelsey L. Warren*
> **KELSEY L. WARREN**
> Assistant Attorney General