## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JONATHAN LEE RICHARDSON** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.5:19-CV-271** |
| | § | |
| **UNIVERSITY OF TEXAS** | § | |
| **SYSTEM,** *et al.*, | § | |
| *Defendants*. | § | |

**DEFENDANTS' JOINT NOTICE OF REMOVAL**

# ATTACHMENT 3

FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JONATHAN LEE RICHARDSON** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:19-cv-286** |
| | § | |
| **UNIVERSITY OF TEXAS** | § | |
| **SYSTEM,** *et al.*, | § | |
| *Defendants*. | § | |

## SUPPLEMENTAL CIVIL COVER SHEET

**I(c)    Attorneys:**

**KELSEY L. WARREN**
Assistant Attorney General
Texas State Bar No. 24095736

**ANN HAHN**
Assistant Attorney General
Texas State Bar No. 24073654

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
LAW ENFORCEMENT DEFENSE DIVISION
P.O. Box 12548, Capitol Station
Austin, TX 78711
(512) 463-2080/Fax (512) 370-9814

**ATTORNEYS FOR DEFENDANTS UNIVERSITY OF TEXAS SYSTEMS, UNIVERSITY OF TEXAS AT SAN ANTONIO, AND GERALD LEWIS**